UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- x

JACK DERBY,

                                                Plaintiff,     **ORDER GRANTING MOTION TO ADMIT KATHRYN E. MARTIN PRO HAC VICE**

          -against-

CITY OF NEW YORK,

                                                 Defendant.    14 CV 0470 (GTS/CFH)

------------------------------------------------------------------------- x

Upon the Motion of Eric Eichenholtz to admit Kathryn E. Martin as counsel for the City of New York, pro hac vice, pursuant to Local Rule 83.1(d) of the Rules of Civil Procedure of the United States District Court for the Northern District of New York, and the Court having considered said motion, it is hereby

ORDERED that the motion be granted and that Kathryn E. Martin is hereby admitted as counsel pro hac vice to represent the City of New in the above-captioned case.

Dated:    Albany, New York
            23 day of June, 2014

                                                                 _____
                                                                  HONORABLE CHRISTIAN F. HUMMEL
                                                                  UNITED STATES MAGISTRATE JUDGE